
**Keith M. Lundin**
U.S. Bankruptcy Judge
Dated: 01/31/13



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: ARIEANNA HARRIS
      2527 ALLENWOOD DR       CASE NO. 12-10611-KL3-7
      NASHVILLE, TN 37207

            Debtor(s)
SSN: XXX-XX-3095

## ORDER GRANTING MOTION TO REDEEM

      It appearing to the Court that the Notice and Motion to Redeem by Debtor in the above-referenced case is well taken, and there being no objections, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED by the Bankruptcy Court as follows:

      Debtor's Notice and Motion to Redeem is granted. Debtor may redeem the 3 phones, dryer, Wii, TV, kindle fire, portable DVD player for $100.00 that is financed with Best Buy.

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY:
/S/MARK PODIS
Mark Podis (BPR #012216)
Attorney for Debtor
1161 Murfreesboro Road Suite 300
Nashville, TN 37217
Phone (615) 399-3800
Fax (615) 399-9794
Email – PodisBankruptcy@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the forgoing has been delivered to the U.S. Trustee for the Middle District of Tennessee, 701 Broadway, 318 Customs House, Nashville, TN 37203, delivered to the Chapter 7 Trustee, Susan Limor, 2814 Dogwood Place, Nashville, TN 37204, mailed to the debtor Arieanna Harris, 2527 Allenwood Dr,

Nashville, TN 37207, and mailed to Bass and Associates, 3936 E Fort Lowell Rd, Ste 200, Tucson, AZ 85712, mailed to all parties in interest, copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 9th day of January, 2013.

/s/Mark Podis
Mark Podis

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.